IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATALIE CRAWFORD,<br><br>Defendant. | CR 23-96-GF-BMM<br><br><br>ORDER VACATING<br>CHANGE OF PLEA HEARING |

Upon unopposed motion of the United States, and for good cause shown,

IT IS ORDERED that the change of plea hearing presently scheduled for December 4, 2024, at 1:30 p.m. is VACATED.

IT IS FURTHER ORDERED that all further proceedings in this matter are held in abeyance until further motion of the United States, pending the defendant's completion of a term of pretrial diversion.

DATED this 3rd day of December, 2024.

_____
Brian Morris, Chief District Judge
United State District Court