## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATALIE CRAWFORD<br><br>Defendant. | CR 23-96-GF-BMM-02<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS INDICTMENT WITH PREJUDICE |

The United States moves to dismiss the indictment against Defendant Natalie Crawford (counts 1, 2, and the forfeiture allegation) in this case with prejudice. The United States asserts that Crawford entered into a pretrial diversion agreement and has successfully completed the period of diversion. The motion is unopposed. The Court finds there is good cause for the motion. Accordingly,

IT IS HEREBY ORDERED that the motion is GRANTED. The indictment against Defendant Natalie Crawford (counts 1, 2, and the forfeiture allegation) in this matter is DISMISSED with prejudice.

ORDERED this 13th day of July 2026.

Brian Morris, Chief District Judge
United States District Courts